**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JOHNNY WAYNE EVANS**                                                                  **PLAINTIFF**

**v.**                              **Civil No. 07-5163**

**SHERIFF KEITH FERGUSON;**
**CAPTAIN HUNTER PETRAY;**
**SGT. VAUGHN; DEPUTY POP;**
**DEPUTY VANATTA; and**
**DEPUTY MONROE**                                                                         **DEFENDANT**

**O R D E R**

Now on this 17th day of April, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #9, filed March 28, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                                    **/s/Jimm Larry Hendren**
                                                    **HON. JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**